**1**

**George A. HILL et al., Trustees, Petitioners. In the Matter of CASS & DALEY SHOE COMPANY, Bankrupt.**

(Circuit Court of Appeals, First Circuit. December 31, 1926.)

No. 2020 (Original).

See, also, 11 F.(2d) 872.

Alexander G. Gould and Thomas M. Vinson, both of Boston, Mass., for petitioners.

Alfred P. Lowell, of Boston, Mass. (S. H. Pillsbury and Pillsbury, Dana & Young, all of Boston, Mass., on the brief), for respondent.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. This is a petition to revise in matter of law, under section 24b of the Bankruptcy Act (Comp. St. § 9608), a decree of the District Court of the United States for the District of Massachusetts vacating an order of the referee that the Old Colony Trust Company deliver to the trustee in bankruptcy of the Case & Daley Company certain funds and stock.

We have carefully examined the opinion of Judge Brewster, who entered the decree, and which has been published in 13 F.(2d) 930. Its reasoning and the result reached are satisfactory, and we adopt the same as the opinion of this court.

The decree of the District Court is affirmed, with costs in this court to the respondent.

═══════

**2**

**Raymond L. CHASE, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. January 21, 1927.)

No. 214.

In Error to the District Court of the United States for the Northern District of New York.

Irving K. Baxter, of Utica, N. Y., for plaintiff in error.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., for the United States.

Before MANTON and LEARNED HAND, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment of conviction affirmed.

═══════

**3**

**Everett Flint DAMON ex rel. KOCK TANG et al., Petitioner, Appellant, v. John P. JOHNSON, United States Commissioner of Immigration, Respondent, Appellee.**

(Circuit Court of Appeals, First Circuit. January 26, 1927.)

No. 2093.

Appeal from the District Court of the United States for the District of Massachusetts; James M. Morton, Judge.

E. F. Damon, of Boston, Mass. (Walter Bates Farr, of Boston, Mass., on the brief), for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass., for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

BINGHAM, Circuit Judge. Kock Tang and Kock Bow are applicants for admission to the country as the foreign-born sons of Young Fung Hing, a native-born citizen. They were ordered deported by the Department of Labor. Thereupon habeas corpus proceedings were instituted in the District Court for Massachusetts. The District Court, following our decision in Johnson, Com'r, v. Kock Shing, 3 F.(2d) 889, declined to find that the applicants were not afforded a fair hearing before the immigration authorities and entered an order remanding them for deportation, and this appeal was taken. We regard the evidence in this case as less favorable to the applicants than was the evidence in Johnson, Com'r, v. Kock Shing, supra, and see no reason for questioning the order of the court below.

The decree of the District Court is affirmed.

ANDERSON, Circuit Judge, concurs, on the ground that there is clear evidence distinguishing this case from Johnson v. Kock Shing, supra, in which he dissented.